CLAUDIA G. SILVA, Senior Deputy (SBN 167868)
LINDSEY M. BURNETTE, Senior Deputy (SBN 294888)
TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 302-9177; Fax: (619) 531-6005
E-mail: lindsey.burnette@sdcounty.ca.gov; timothy.hanna@sdcounty.ca.gov

Attorneys for Defendant County of San Diego (erroneously sued and
served as San Diego County Sheriff's Department)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MANUEL REYES, | No. **'24CV2035 W    SBC** |
| Plaintiff, | |
| v. | **DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO 28 U.S.C. SECTION 1441(a), 28 U.S.C. SECTION 1331 (FEDERAL QUESTION), and 28 U.S.C. SECTION 1343** |
| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, GIOVANNI GARCIA, ROBERT RIGGS, BERNARDINO MORENO, MICHAEL BENNINGER, ALBERT CARRILLO JR., DOES 1-10 INCLUSIVE, | |
| Defendants. | **JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE ABOVE-ENITLED COURT, TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant County of San Diego (the "County") hereby removes to the United States District Court for the Southern District of California a civil action entitled *Angel Manuel Reyes v. County of San Diego et al.*, which was originally filed in the Superior Court of the State of California for the County of San

1

**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION**

Diego case number 24CU005032N (the "State Action"). In support of this Notice of Removal, the County states:

1. On August 2, 2024, Plaintiff Angel Manuel Reyes filed his Complaint with the San Diego County Superior Court with a single cause of action against the County and all other named Defendants for "Civil Rights Violations arising under 42 U.S.C. § 1983 as well as any applicable state statutes." (Supporting Notice of Lodgment ("NOL"), Ex. A.)

## REMOVAL IS TIMELY

2. On September 30, 2024, the County was served with the Summons and Complaint. (NOL, Ex. A.) A defendant seeking to remove from state to federal court must file a notice of removal within thirty days of receiving a copy of the initial pleading. (28 U.S.C. § 1446(b)(1).) The County has timely removed this action because they filed this Notice of Removal within thirty days of being served the Complaint.

## GROUNDS FOR REMOVAL

3. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) as a civil action brought in State court of which the district court has original jurisdiction.

4. The Court has original jurisdiction over the 42 U.S.C. § 1983 claim alleged by Plaintiff. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants…" (28 U.S.C § 1441(a).) "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." (28 U.S.C § 1331.) The district courts also have original jurisdiction over civil actions commenced "[t]o redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States." (28 U.S.C § 1343(a)(3).) As evidenced by the face of the Complaint, the State Action primarily alleges a claim for civil rights violations arising under 42 U.S.C. § 1983. (NOL, Ex. A.)

**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION**

The State Action is therefore subject to removal pursuant to 28 U.S.C. § 1441(a).

5.      The Court has supplemental jurisdiction over Plaintiff's claims arising under "any applicable state statutes." Even if one of the claims does not "arise under" federal law, removal is still appropriate if that claim is transactionally related to the federal claim. (28 U.S.C § 1441(c); See Also 28 U.S.C § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy…")) Despite being vaguely identified in the Complaint, it is clear that any state law claims arise from the same occurrence as the "Civil Rights Violations arising under 42 U.S.C. § 1983." (NOL, Ex. A.) Consequently, the Court will have supplemental jurisdiction over those state law claims.

## **REMOVAL TO THE SOUTHERN DISTRICT**

6.      The Southern District of California is the appropriate forum to which this State Action should be removed. "A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending…" (28 U.S.C § 1446(a).) The Superior Court for the County of San Diego is located in the jurisdictional area of the United States District Court for the Southern District of California.  Accordingly, this Court is the proper Court to which to remove this action.

## **CO-DEFENDANTS NOT YET SERVED NEED NOT JOIN REMOVAL**

7.      The individually named Defendants need not join removal as they have not yet been served. "[A]ll defendants who have been properly joined and served must join in or consent to the removal of the action" when a civil action is removed solely under section 1441(a). (28 U.S.C. § 1446(b)(2)(A).) Defendants not yet served need not join the removal. (*Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011).) Defendants Giovanni Garcia, Robert Riggs, Bernardino Moreno, Michael Benninger, Albert Carrillo Jr have not yet been served with the lawsuit.

3

**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION**

## <u>ALL OTHER REMOVAL REQUIREMENTS HAVE BEEN MET</u>

8.    Pursuant to 28 U.S.C. § 1446(a), Defendants are required to attach to this Notice "a copy of all process, pleadings, and orders served upon" them.  Accordingly, Defendants attach as Exhibit A to the NOL, the Summons, Notice of Case Assignment and ADR information, filed in San Diego County Superior Court as served upon them.

9.    Defendant will serve a copy of this Notice on Plaintiff. Defendant will also file a copy of this Notice in the Superior Court of California, County of San Diego, Central Division.

WHEREFORE, the County hereby removes the pending state court action to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

DATED: October 30, 2024          CLAUDIA G. SILVA, County Counsel

By:    /s/ *Lindsey M. Burnette*
           Lindsey M. Burnette, Senior Deputy
           Timothy A. Hanna, Senior Deputy
           Attorneys for Defendant County of San Diego
           (erroneously served and sued as San Diego County
           Sheriff's Department)

4

**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION**